UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY SULLIVAN,<br>  Petitioner<br>  v.<br>JEFF MACOMBER,<br>  Respondent. | Case No. CV 14-8605-AG (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED THAT this action is dismissed with prejudice.

DATE: _October30, 2016_____

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE